**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 17-cv-00062-REB

KONRAD RICHARD SCHILLING

     Plaintiff,

v.

REX W. TILLERSON,[1]

     Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the **Joint Stipulation of Dismissal** [#24][2] filed November 14, 2017. After reviewing the stipulation and the record, I conclude the stipulation should be approved and this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal** [#24] is approved;

2. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

---

[1] Under Fed. R. Civ. P. 25(d), Secretary of State Rex W. Tillerson is automatically substituted as a party for former Secretary of State John F. Kerry.

[2] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That this case is closed.

Dated November 17, 2017, at Denver, Colorado.

                                                         **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge